AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of North Dakota

REC'D USMS-FARGO, ND
'24 APR 18 ᴾᴹ2:19

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| RAFAEL BUENO-NAVA | ) | Case No.   3:24-cr-61 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Rafael BUENO-NAVA                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances
Conspiracy to Import Controlled Substances into the United States
Money Laundering Conspiracy
Forfeiture Notice

Date:    04/18/2024                                                     /s/Sarah Cook
                                                                 *Issuing officer's signature*

City and state:    Fargo, North Dakota                   Sarah Cook, Deputy Clerk
                                                                 *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*   04/18/2024   , and the person was arrested on *(date)*   04/23/2024 at *(city and state)*   Fridley, MN                   . |
| Date:    04/24/2024                                                     *Jeremy Grube* <br> *Arresting officer's signature* <br><br> Jeremy Grube, HSI SA <br> *Printed name and title* |