AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

REC'D USMS-FARGO, ND
'24 APR 18 PM 2:17

| United States of America | ) |
| v. | ) |
| TRINIDAD TORRES MERAZ | ) Case No. 3:24-cr-61 |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Trinidad Torres MERAZ

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances
Conspiracy to Import Controlled Substances into the United States
Money Laundering Conspiracy
Forfeiture Notice

Date: 04/18/2024

/s/Sarah Cook
*Issuing officer's signature*

City and state: Fargo, North Dakota

Sarah Cook, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* **04/18/2024**, and the person was arrested on *(date)* **04/22/2024**
at *(city and state)* Nogales, AZ

Date: **04/24/2024**

*Jeremy Grube*
*Arresting officer's signature*

**Jeremy Grube, HSI SA**
*Printed name and title*