AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of North Dakota

United States of America
v.
CHRISTAN IVAN GONZALEZ

)
)  Case No.   3:24-cr-61
)
)
)
)

_Defendant_

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    Christan Ivan GONZALEZ

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances
Forfeiture Notice

Date:    04/18/2024

City and state:    Fargo, North Dakota

/s/Sarah Cook
_Issuing officer's signature_

/s/Sarah Cook, Deputy Clerk
_Printed name and title_

| Return |
| --- |

This warrant was received on _(date)_ April 18, 2024 , and the person was arrested on _(date)_ MAY 1, 2024
at _(city and state)_    Douglas, AZ

Date: MAY 1, 2024

_Arresting officer's signature_

MICHAEL POCHATEK, SPECIAL AGENT
_Printed name and title_