IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS AMURAHABY CELESTIN-ORTEGA,<br>a/k/a FLACO;<br>TRINIDAD TORRES MERAZ;<br>EDGAR HERNANDEZ,<br>a/k/a IVAN EDGAR HERNANDEZ VASQUEZ;<br>MARIA DE LA CRUZ ESTRADA MORENO;<br>JESSE ROCHA;<br>RAFAEL BUENO-NAVA;<br>RYAN JAMES STEVENS;<br>CHRISTIAN IVAN GONZALEZ; and<br>MARTINA LUCIA MENDEZ,<br><br>Defendants. | Case No. 3:24-cr-00061<br><br>**MOTION TO UNSEAL INDICTMENT, SEVER REMAINING DEFENDANTS AND SET FOR TRIAL** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Christopher C. Myers, Assistant United States Attorney, hereby files this motion to unseal the indictment in the above-entitled matter. (Doc. 2.)

In this case, defendants Edgar Hernandez and Martina Mendez remain fugitives and their whereabouts remain unknown at this time. Investigators believe they are likely in Mexico. As such, the United States moves to unseal the indictment as publication may assist in locating these fugitives.

The United States further requests the Court sever Hernandez and Mendez from the other defendants, all of whom have appeared, and requests the Court to set the remaining defendants for trial.

Dated:  June 24, 2024

                                        MAC SCHNEIDER
                                        United States Attorney

By:   */s/ Christopher C. Myers*
       CHRISTOPHER C. MYERS
       Assistant United States Attorney
       ND Bar ID 05317
       655 First Avenue North, Suite 250
       Fargo, ND  58102-4932
       (701) 297-7400
       chris.c.myers@usdoj.gov
       Attorney for United States