# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### EASTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>                      Plaintiffs,<br><br>vs.<br><br>Jesus Amurahaby Celestin-Ortega,<br><br><br>                      Defendant. | **DEFENDANT'S MOTION TO CONTINUE JURY TRIAL**<br><br>Case No.: 3:24-cr-00061 |

The Defendant, Jesus Amurahaby Celestin-Ortega, by and through the undersigned attorney, Nicole L. Bredahl, Barkus Law Firm, P.C., moves this Court for an Order to Continue the Jury Trial scheduled to commence on September 10, 2024, at 9:30am.

Undersigned counsel was appointed for representation of the Defendant on April 26, 2024. Undersigned counsel is still working through the voluminous amounts of discovery that needs to be reviewed by both undersigned counsel and Defendant. Further, undersigned counsel will file a request for a Complex Case Designation. Unsigned counsel and Defendant need adequate time to do investigation into the discovery and conduct plea negotiations with the Government.

Undersigned counsel has spoken with AUSA, Christopher Myers, and the Government has no objection to this continuance request.

Undersigned counsel has spoken with Defendant, Jesus Amurahaby Celestin-Ortega, and he does not object to this continuance request.

Undersigned counsel represents that this request is not made for undue delay or any

other improper reason. A Waiver of Speedy Trial is forthcoming and will be filed once it has been signed and received.

WHEREFORE, Defendant, Jesus Amurahaby Celestin-Ortega, respectfully requests to continue the Jury Trial scheduled for September 10, 2024, to allow for discovery review, investigation, and negotiations.

Dated this 7th day of August, 2024.

BARKUS LAW FIRM, P.C.

Nicole L. Bredahl, ND ID #08467
3431 4th Avenue South, Suite 201
Fargo, North Dakota 58103
Tele: 701-532-2498
Eservice: eservice@barkuslawfirm.com
Email: nicole@barkuslawfirm.com
ATTORNEYS FOR DEFENDANT