IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 3:24-cr-61 |
| Jesus Amurahaby Celestin-Ortega, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Defendant Jesus Amurahaby Celestin-Ortega moves to continue trial. Doc. 109. He also moves, along with Defendants Trinidad Torres Meraz and Jesse Rocha, to declare the case complex under 18 U.S.C. § 3161(h)(7)(B)(ii). Doc. 108. Trial is set to begin on September 10, 2024. Defense counsel requests a continuance to further investigate, review discovery, and prepare for trial. Celestin-Ortega consents to the continuance and executed a consent form acknowledging that the delay will be excluded from any calculation under the Speedy Trial Act. Doc. 110. The United States does not object to either motion, and the remaining codefendants have not responded to the motion to continue.

There is good cause to continue the trial, and "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial" pursuant to 18 U.S.C. § 3161(h)(7)(A). See United States v. Lucas, 499 F.3d 769, 782-83 (8th Cir. 2007); United States v. Hohn, 8 F.3d 1301, 1305 (8th Cir. 1993); United States v. Driver, 945 F.2d 1410, 1414 (8th Cir. 1991). So, the Court **GRANTS** the motion to continue trial (Doc. 109). Trial will be reset to Tuesday, March 11, 2025, at 9:30 A.M. in Fargo. A three to five (3-5) week trial is anticipated. All time which elapses from the date of this order until trial shall be excluded from any Speedy Trial Act calculation. See 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(i) and (iv). The Court also **GRANTS** the joint motion to declare case complex under 18 U.S.C. 3161(h)(7)(B)(ii) (Doc. 108).

**IT IS SO ORDERED**.

Dated this 26th day of August, 2024.

/s/ Peter D. Welte
Peter D. Welte, Chief Judge
United States District Court