# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

---

| | |
|---|---|
| United States of America, | |
|         Plaintiff, | Criminal No. 3:24-cr-061 |
| v. | |
| Jesse Rocha, | **Motion for Furlough from Release Conditions** |
|         Defendant. | |

---

Defendant Jesse Rocha moves the court for an Order granting furlough from his conditions of release. Currently, Mr. Rocha's travel is restricted to Colorado and North Dakota. Mr. Rocha resides in Denver, Colorado.

Mr. Rocha is requesting the conditions of release be temporarily modified so he may attend a wedding in Perryton, Texas; Perryton is in the northern Texas panhandle. Mr. Rochas intends on leaving for Perryton on the morning of Friday, November 1, and returning the evening of Sunday, November 3.

The prosecution was notified and has no objection to the request. The United States Probation/Pre-Trial Office was notified and is awaiting a response from the District of Colorado.

Dated: October 29, 2024                                         Respectfully submitted,

                                                                    */s/ Chris Snyder*_____
                                                                      Chris Snyder
                                                                      MN Registration No. 0399471
                                                                      ND Registration No. 09180
                                                                      218-284-1110