IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

---

| | |
|---|---|
| United States of America, | |
|    Plaintiff, | Criminal No. 3:24-cr-0061-5 |
| v. | |
| Jesse Rocha, | **Motion for Continuance** |
|    Defendant. | |

---

Counsel for the above-named defendant respectfully requests this Court to continue the plea and sentencing hearing scheduled to begin January 16, 2025. The parties need additional time in negotiations and work towards resolution in the matter.

The government was notified and is not objecting to the request.

Dated: January 10, 2025          Respectfully submitted,

                   */s/ Chris Snyder*
                   Chris Snyder
                   MN Attorney No. 0399471
                   ND Attorney No. 09180

                   P.O. Box 616
                   Moorhead, MN 56561-0616
                   218-284-1110