IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JESUS AMARAHABY CELESTIN-ORTEGA, et al.,<br><br>Defendants. | Case No. 3:24-cr-00061-PDW<br><br>NOTICE OF APPEARANCE ON BEHALF OF THE UNITED STATES OF AMERICA |

The United States of America, by and through the Chief of the Narcotic and Dangerous Drug Section of the Criminal Division, United States Department of Justice, hereby informs the Clerk of this Court and all parties of record that Lernik Begian, Trial Attorney of the Narcotic and Dangerous Drug Section, enters her appearance as an attorney for the Government.

Dated: January 15, 2025.

                                          MARLON COBAR, Chief
                                        Narcotic and Dangerous Drug Section
                                        United States Department of Justice
                                        Criminal Division

By:   */s/ Lernik Begian*
        LERNIK BEGIAN, Trial Attorney
        Narcotic & Dangerous Drug Section
        United States Department of Justice
        Criminal Division
        145 N Street NE, Second Floor, East Wing
        Washington, D.C. 20530
        PH: (202) 514-0917
        Lernik.Begian@usdoj.gov