# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# EASTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Jesus Amurahaby Celestin-Ortega,<br><br>　　　　　　Defendant. | **DEFENDANT'S MOTION TO CONTINUE JURY TRIAL**<br><br>Case No.: 3:24-CR-00061 |

**[¶ 1]**   **COMES NOW**, the Defendant Jesus Amurahaby Celestin-Ortega, by and through his attorney of record, hereby moves this Court for an Order continuing the jury trial in the above-captioned matter, based on the following:

**[¶ 2]**   A jury trial is presently scheduled for August 19, 2025.

**[¶ 3]**   Counsel for Defendant was appointed on July 3, 2025.

**[¶ 4]**   Undersigned counsel has not yet received discovery. It is counsel's understanding that discovery in this matter is voluminous, and the matter has been designated as a Complex Case. Counsel and Defendant need adequate time to review discovery, confer regarding this matter, and conduct plea negotiations with the Government.

**[¶ 5]**   Undersigned counsel has spoken to AUSA Matthew Kopp and the Government has no objection to this continuance request.

**[¶ 6]**   Undersigned counsel has spoken with Defendant, Jesus Amurahaby Celestin-Ortega, and he does not object to this continuance request.

**[¶ 7]**   This request is not made for undue delay or any other improper reason.

**[¶ 8]**   WHEREFORE, Defendant, Jesus Amurahaby Celestin-Ortega, respectfully

requests to continue the Jury Trial currently scheduled for August 19, 2025, to allow sufficient time for discovery review, investigation, and negotiations.

[¶ 9]   Dated this July 09, 2025.

>
> Respectfully submitted,
>
> MARTINEZ LAW PLLC
>
> _____
> Ericka Muller, ND ID #09903
> 3332 4th Ave. S., Suite 2B
> Fargo, ND 58103
> Tel: (701) 491-7646
> Email:  ericka@johnsonmartinezlaw.com
> Eservice: service@johnsonmartinezlaw.com
> ATTORNEY FOR DEFENDANT