# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# EASTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Jesus Amurahaby Celestin-Ortega,<br><br>　　　　　　　Defendant. | **MOTION TO CONTINUE TRIAL**<br><br>Case No.: 3:24-cr-00061 |

　　The Defendant, Jesus Amurahaby Celestin-Ortega, through his attorney, Ericka Muller, Martinez Law PLLC, hereby moves this Court for a continuance of the jury trial currently scheduled to commence on January 13, 2026. The undersigned has discussed this motion with AUSA Matt Kopp, who represents having no objection to the requested continuance of trial. Counsel for Defendant needs more time to review voluminous discovery with Defendant Celestin-Ortega.

　　The Defendant respectfully requests a continuance of at least 90 days from the presently scheduled trial date. This motion is made in good faith and not for the purpose of delay.

Dated this November 07, 2025.

        Respectfully submitted,

        MARTINEZ LAW PLLC

        _____
        Ericka Muller, ND ID #09903
        3332 4th Ave. S., Suite 2B
        Fargo, ND 58103
        Tele: (701) 491-7646
        Email:  ericka@johnsonmartinezlaw.com
        Eservice: service@johnsonmartinezlaw.com
        ATTORNEY FOR DEFENDANT