IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

---

| | |
|---|---|
| United States of America, | |
|         Plaintiff, | Criminal No. 3:24-cr-0061-5 |
| v. | |
| Jesse Rocha, | **Motion for Continuance** |
|         Defendant. | |

---

Counsel for the above-named defendant respectfully requests this Court to continue the plea and sentencing hearing scheduled for March 23, 2026, at 10:00 a.m. The parties are negotiating resolution and need additional time.

The government was notified and is not objecting to the request.

Dated: February 27, 2026                              Respectfully submitted,

                                                                          /s/ Chris Snyder
                                                                          Chris Snyder
                                                                          MN Attorney No. 0399471
                                                                          ND Attorney No. 09180

                                                                          P.O. Box 616
                                                                          Moorhead, MN 56561-0616
                                                                          218-284-1110