# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### EASTERN DIVISION

| | |
|---|---|
| United States of America, | |
| Plaintiff, | **MOTION TO CONTINUE TRIAL** |
| vs. | Case No.: 3:24-cr-00061 |
| Jesus Amurahaby Celestin-Ortega, | |
| Defendant. | |

The Defendant, Jesus Amurahaby Celestin-Ortega, through his attorney, Ericka Muller, Martinez Law PLLC, hereby moves this Court for a continuance of the jury trial currently scheduled to commence on July 28, 2026. The undersigned has discussed this motion with AUSA Matt Kopp, who represents having no objection to the requested continuance of trial. Counsel for Defendant needs more time to review voluminous discovery with Defendant Celestin-Ortega and to work on reaching a resolution.

The Defendant respectfully requests a continuance of at least 90 days from the presently scheduled trial date. This motion is made in good faith and not for the purpose of delay.

Dated this June 8, 2026.

Respectfully submitted,

MARTINEZ LAW PLLC


Ericka Muller, ND ID #09903
1129 5th Ave. S
Fargo, ND 58103
Tel: (701) 491-7646
Email:  ericka@johnsonmartinezlaw.com
Eservice: service@johnsonmartinezlaw.com
ATTORNEY FOR DEFENDANT