## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | |
|---|---|
| Plaintiff, | **MOTION TO WITHDRAW** |
| vs. | Case No.: 3:24-CR-61 |
| Jesus Amurahaby Celestin-Ortega, | |
| Defendant. | |

The undersigned attorney, Ericka Muller, CJA appointed attorney for defendant, Jesus Amurahaby Celestin-Ortega, hereby moves this Honorable Court for an Order allowing her to withdraw as attorney of record for Mr. Celestin-Ortega. Ms. Muller has had a change in life circumstances and is moving out of the country. Mr. Celestin-Ortega has been informed of this motion.

WHEREFORE the undersigned asks that she be permitted to withdraw as counsel for Defendant, and that new counsel be appointed for Defendant pursuant to the Criminal Justice Act, 18 U.S.C. § 3006.

Dated this July 09, 2026.

Respectfully submitted,

MARTINEZ LAW PLLC

_____
Ericka Muller, NDID #09903
1129 5th Ave S.
Fargo, ND 58103
Tel: (701) 491-7646
Email: ericka@johnsonmartinezlaw.com
Eservice: service@johnsonmartinezlaw.com
ATTORNEY FOR DEFENDANT